WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '07 JAN 19 09:26USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**EUGENE RIZZARD,**                                        CV # 05-625-MO

    Plaintiff,

vs.                                                                           ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $6,850.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address, above.

DATED this _18_ day of _January_, 2007.

_Michael W. Mosman_
United States District Judge

Submitted on January 15, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1